**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 33 MAL 2015
                                                    :
                  Respondent         : Petition for Allowance of Appeal from the
                                                      : Order of the Superior Court
                                                    :
                      v.                    :
                                                      :
                                                      :
GREGORY MAXWELL,               :
                                                      :
                  Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.